IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>          v.<br><br>MORGAN WENCY VENTURA SANCHEZ,<br>JENIFFER FIGUEROA ARREOLA<br><br>                     Defendants. | CASE NO. 1:20-CR-00162-DAD-BAM<br><br>ORDER UNSEALING INDICTMENT |

The United States having applied to seal the indictment and arrest warrant in the above-captioned proceedings and having applied for the indictment and warrant to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation, and the arrest warrant now having been executed and the need for sealing has ceased;

IT IS ORDERED that the indictment and arrest warrant filed in the above-entitled matter shall be unsealed.

IT IS SO ORDERED.

Dated:  **November 25, 2020**           /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

Order Unsealing Indictment and Arrest Warrant

1