RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar No. 247285
516 W. Shaw Ave., Ste. 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Jeniffer Figueroa Arreola

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>MORGAN WENCY VENTURA SANCHEZ,<br><br>AND<br><br>JENIFFER FIGUEROA ARREOLA,<br><br>*Defendant.* | NO. 1:20-cr-00162-DAD-BAM<br><br>**WAIVER OF PERSONAL PRESENCE BY THE DEFENDANT JENIFFER FIGUEROA ARREOLA PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE RULE 43(b)(3); ORDER** |

**TO THE ABOVE ENTITLED COURT AND ALL PARTIES OF RECORD:**

The Defendant JENIFFER FIGUEROA ARREOLA ("Ms. Figueroa") has been advised of her right to be personally present at all stages of the courts proceedings in the above entitled action against her. Ms. Figueroa hereby waives her right to be present for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

Pursuant to this waiver, Ms. Figueroa request that the court allow her interests to be represented by the presence of her attorney, Richard M. Oberto, and she agrees that her interests

shall be represented the same as if she were personally present. Ms. Figueroa agrees notice to her attorney that her personal presence is required for a proceeding at a specific time and place will be deemed notice to Ms. Figueroa of the requirement of her personal presence.

DATED: 1/3/2021         /s/ Jeniffer Figueroa Arreola
                        JENIFFER FIGUEROA ARREOLA
                        Defendant
                        *Original signature retained by*
                        *attorney Richard M. Oberto*

DATED: 1/21/2021        /s/ Richard M. Oberto
                        RICHARD M. OBERTO
                        Attorney for Defendant,
                        Jeniffer Figueroa Arreola
                        *Original signature retained by*
                        *attorney Richard M. Oberto*

## O R D E R

**IT IS HEREBY ORDERED** that the personal presence of the defendant JENIFFER FIGUEROA ARREOLA is not required for proceedings that involve only a conference or hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43(b)(3). IT IS SO ORDERED.

Dated: **January 22, 2021**         /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE