**Melissa Baloian SBN# 232602**
**8050 N. Palm Ave. Suite 110**
**Fresno, CA 93711**
**Telephone (559) 352-2331**
**MelissaBaloian@matianlegal.com**

Attorney for Defendant Jennifer Figueroa Arreola,

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>JENNIFER FIGUEROA ARREOLA,<br><br>          Defendant. | Case No. 1:20-CR-00162<br><br>**STIPULATION TO CONTINUE SENTENCING, FINDINGS & ORDER**<br><br>Date: January 23, 2022<br>Time: 8:30 a.m.<br>Court: Hon. Ana Isabel de Alba |

The defendant, Jennifer Figueroa Arreola, by and through her counsel, Melissa Baloian, and the United States of America, by and through its counsel, Assistant United States Attorney Justin Gilio, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 23, 2023, at 8:30 a.m.

2. By this stipulation, the defendant now moves to continue her sentencing until January 30, 2023, at 8:30 a.m.

3. The parties agree and stipulate, and request the Court find the following:

    a. Probation Officer Benjamine Roberts contacted both parties regarding Ms. Figueroa Arreola's presentence investigation report. Probation inquired if we could agree to a continuance for probation to have additional time on the preparation of the report. Defense and the government agreed to request a continuance in this matter.

b.  Ms. Figueroa Arreola entered a plea on October 11, 2022, and she is out of custody. A continuance should not cause prejudice to either the defense or the prosecution.

IT IS SO STIUPLATED.

Dated: December 15, 2022

/s/ MELISSA BALOIAN
_____
**Melissa Baloian**
Attorney for Defendant

Dated: December 15, 2022

/s/ JUSTIN GILIO
_____
**Justin Gilio**
Assistant United States Attorney

IT IS SO ORDERED.

Dated:   December 15, 2022

_____
UNITED STATES DISTRICT JUDGE